JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WAYNE JEFFREY ULRICH, an individual,

        Plaintiff,

   vs.

BMW NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,

      Defendants.

Case No.: **8:20−cv−01841 JLS (DFMx)**

**ORDER RE JOINT NOTICE OF DISMISSAL**

    Pursuant to the stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's action against Defendant BMW of North America, LLC, is dismissed in its entirety, with prejudice.

Dated:  November 01, 2021

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE